## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**LEODUS QUALLS**                                                                                          **PLAINTIFF**

vs.                                                   **4:08CV00808-WRW**

**UNION PACIFIC RAILROAD COMPANY**                                           **DEFENDANT**

## ORDER

Plaintiff's Motion to Quash Deposition and Motion to Continue the Trial Deadlines (Doc. No. 24) are GRANTED. All current deadlines are cancelled and new scheduling order will be issued at a later date.

The Motion to Withdraw by Plaintiff's counsel (Doc. No. 24) is DENIED WITHOUT PREJUDICE. As soon as a new lawyer for Plaintiff is found, a Motion to Substitute Counsel should be filed.

Plaintiff should find new counsel within 45 days, *i.e.*, by 5 p.m., Tuesday, December 29, 2009. If new counsel is not found by that time, an on-the-record telephone conference will be held among the lawyers, plaintiff, and me.

Meanwhile, the Motion for Summary Judgment (Doc. No. 16) and the request in my Letter Order (Doc. No. 23) are put on ice until I give further directions on the issue.

IT IS SO ORDERED this 2nd day of November, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE