IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEODUS QUALLS                                                                              PLAINTIFF

vs.                                         4:08CV00808-WRW

UNION PACIFIC RAILROAD COMPANY                                              DEFENDANT

## ORDER

Plaintiff's Motion for Voluntary Dismissal Without Prejudice (Doc. No. 27) is GRANTED.

IT IS SO ORDERED this 13th day of January, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE